ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| John Shaw LLC d/b/a Shaw Building Maintenance | ) ASBCA No. 61379 |
| | ) |
| Under Contract No. AAFES REZ-09-002-10-026 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. John Shaw, Jr.
                                Owner

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
                                  Army Chief Trial Attorney
                                 CPT John M. McAdams III, JA
                                  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL
ON APPELLANT'S MOTION TO AMEND COMPLAINT

Only this month we denied appellant's motion to amend its complaint to add a request for punitive damages, explaining that we have no authority to award such damages. *John Shaw LLC d/b/a Shaw Building Maintenance*, ASBCA No. 61379, slip op. at 1-2 (Mar. 8, 2018). Now appellant requests leave to amend its complaint to request *exemplary* damages, which, it says, are the same thing as punitive damages. We do not have authority to award punitive or exemplary damages. *Daiei Denki Co.*, ASBCA No. 29756, 86-2 BCA ¶ 18,840 at 94,951. Appellant cites *Erwin Pfister General-Bauunternehmen*, ASBCA No. 43980 *et al.*, 01-2 BCA ¶ 31,431, but we did not award exemplary damages in those appeals; we dismissed those appeals. *Id.* at 155,226.

Appellant's motion for leave to amend its complaint is denied.

Dated: 3 April 2018

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD          J. REID PROUTY
Administrative Judge              Administrative Judge
Acting Chairman                   Vice Chairman
Armed Services Board            Armed Services Board
of Contract Appeals               of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61379, Appeal of John Shaw LLC d/b/a Shaw Building Maintenance, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2